**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**
150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

August 4, 2026

**VIA ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re: *Williams v. Specialty Technologies, LLC*
Case No.: 1:26-cv-5937

Dear Judge Wang,

The undersigned represents Milton Williams, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Specialty Technologies, LLC ("Defendant"). The undersigned respectfully requests that the Preliminary Settlement Conference Call scheduled for August 5, 2026, at 4:00 PM (Dkt. 8) be adjourned for 60 days because Counsel for Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

/s/Michael A. LaBollita, Esq.
Michael A. LaBollita, Esq.

Application **GRANTED.** The Preliminary Settlement Conference is adjourned for 60 days.

**SO ORDERED.**

Ona T. Wang August 5, 2026
U.S.M.J.